RECEIVED

JUL 21 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No.:** 26-I-009 |
| | ) | |
| **vs.** | ) | **18 U.S.C. § 641** |
| | ) | |
| **RICKEY L. SHANKS,** | ) | TNWD Case # 2:26-cr-20298-1-TLP |
| | ) | |
| **Defendant.** | ) | |

**INFORMATION**

**COUNT 1**
(Theft of Government Property, 18 U.S.C. § 641)

On or about October 1, 2025, in the Western District of Tennessee, the defendant,

**RICKEY L. SHANKS**

did willfully and knowingly steal, purloin, and convert to his own use property of the United States not exceeding $1,000 in value belonging to the United States Department of Housing and Urban Development, an agency of the United States, to wit: Project-Based Voucher Program housing benefits valued at $332.00, in violation of Title 18, United States code, Section 641.

**DATED:** July 20, 2026

D. Michael Dunavant
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**